1  Mohamad A. Wazni
   Hoveniersstraat 2, Suite 232-Box 344
2  Antwerp 2018 Belgium
   Telephone: (011) 323-233-3910
3  Facsimile:  (011) 323-233-9767
   PRO SE
4

5  Douglas R. Young (State Bar No. 073248)
   James H. Colopy (State Bar No. 172806)
6  Heather A. Steiner (State Bar No. 222202)
   Farella Braun & Martel LLP
7  Russ Building, 30th Floor
   235 Montgomery Street
8  San Francisco, CA  94104
   Telephone:  (415) 954-4400
9  Facsimile:  (415) 954-4480

10 Attorneys for Defendants
   MORRISON & FOERSTER, LLP and STAFFORD
11 MATTHEWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMAD A. WAZNI,<br><br>             Plaintiff,<br><br>     vs.<br><br>GLOBAL WITNESS, LTD., THE GLOBAL WITNESS FOUNDATION (U.S.), THE GLOBAL WITNESS TRUST (U.K.), MORRISON & FOERSTER, LLP, STAFFORD MATTHEWS, and ALEX YEARSLEY,<br><br>             Defendants. | Case No.  C03-03255 PJH<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

Stipulation of Dismissal
Case No. C03-03255 PJH

18117\666789.1

1  IT IS HEREBY STIPULATED by and between Plaintiff Mohamad A. Wazni and
2  Defendants Morrison & Foerster, LLP and Stafford Matthews that each and every claim in the
3  Complaint in this action shall be and hereby is dismissed without prejudice pursuant to Federal
4  Rules of Civil Procedure, Rule 41(a)(1).

---

Mohamad A. Wazni, Plaintiff

FARELLA BRAUN & MARTEL LLP

By: _/s/ Douglas R. Young_
Douglas R. Young

Attorneys for Defendants
MORRISON & FOERSTER LLP and
STAFFORD MATTHEWS

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: _____, 2003.

_____
The Honorable Phyllis J. Hamilton
United States District Judge

/ / /
/ / /
/ / /
/ / /

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Stipulation of Dismissal
Case No. C03-03255 PJH                - 2 -                              18117\666789.1

1   IT IS HEREBY STIPULATED by and between Plaintiff Mohamad A. Wazni and
2   Defendants Morrison & Foerster, LLP and Stafford Matthews that each and every claim in the
3   Complaint in this action shall be and hereby is dismissed without prejudice pursuant to Federal
4   Rules of Civil Procedure, Rule 41(a)(1).

*M.A Wazni* (signature)
Mohamad A. Wazni, Plaintiff

FARELLA BRAUN & MARTEL LLP

By: _____
   Douglas R. Young

Attorneys for Defendants
MORRISON & FOERSTER LLP and
STAFFORD MATTHEWS

### ORDER

Pursuant to the parties' Stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: November 14, 2003.

_____
The Honorable Phyllis J. Hamilton
United States District Judge

///
///
///
///

Stipulation of Dismissal
Case No. C03-03255 PJH                          - 2 -                         18117\666789.1